IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| CARLENE STEENBLOCK, | : | Civil Action No. _____ |
| Plaintiff, | : | |
| vs. | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
| Defendant. | : | |

**COMPLAINT**

Carlene Steenblock, by her attorney Ray Johnson, for her claims against the Defendant states:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff, Carlene Steenblock, is a natural person residing in Des Moines, Iowa.

4. Defendant, Portfolio Recovery Associates, LLC (hereinafter, "Portfolio Recovery") does business in Iowa with its principle place of business located in Norfolk, Virginia.

5. Portfolio Recovery is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

6. Portfolio Recovery sued Steenblock in 2007 for an alleged debt that originated from a Providian National Bank account.

7. Steenblock settled the alleged debt making all payments accordingly. Portfolio Recovery then dismissed its lawsuit against Steenblock.

8. Portfolio Recovery has continued its attempts to collect the alleged debt from Steenblock even though it was previously settled.

## V. FIRST CLAIM FOR RELIEF

9. Defendant violated the FDCPA. Defendant's violations include, but are not Limited to, the following:

   a. Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount including any interest, fee, charge, or expense incidental to the principal obligation;

   b. Defendant violated 15 U.S.C. § 1692e by making false, deceptive, or misleading representations, including but not limited to, the character, amount, or legal status of the debt;

   c. Defendant violated 15 U.S.C. § 1692e(5) by threatening to take an action that cannot legally be taken; and

10. As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for actual damages, statutory damages, costs, and attorney's fees.

## VI. SECOND CLAIM FOR RELIEF

11. All facts and allegations of this Complaint are incorporated herein by reference.

12. Defendant violated Iowa's Debt Collection Practices Act. Defendant's violations include but are not limited to:

    a. Defendant violated Iowa Code § 537.7103(4) by using fraudulent, deceptive or misleading representations or means to collect or attempt to collect a debt or to obtain information concerning a debtor;

    b. Defendant violated Iowa Code § 537.7103(1) (f) by threatening to take an action prohibited by this chapter or any other law, including violations of Iowa Code § 714.16(2)(a); and

    c. Defendant violated Iowa Code § 537.7103(4)(e) by intentionally misrepresenting or making a representation which tends to create a false impression of the character, extent or amount of a debt or of its status in a legal proceeding.

13. As a result of the above violations of the Iowa Code, the Defendant is liable to the Plaintiff for statutory damages, actual damages, costs and attorney's fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against the Defendant for the following:

    A. Actual damages.

    B. Statutory damages.

    C. Costs and reasonable attorney's fees.

    D. For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

*[signature]*

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road, Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com