IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CARLENE STEENBLOCK, | : Civil Action No. 4:11-cv-00528 |
| Plaintiff, | : |
| vs. | : |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : |
| | : |
| Defendant. | |

DISMISSAL WITH PREJUDICE

Plaintiff, by her attorney Ray Johnson, hereby dismisses the above captioned matter with prejudice pursuant to a settlement agreement between the parties. Plaintiff signs out for costs.

RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd., Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com